ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Tactical Network Corporation | ) ASBCA Nos. 62963, 63075 |
| | ) |
| Under Contract No. FA8217-21-P-0004 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Tim Antrim
                                                               President

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
                                                                   Deputy Chief Trial Attorney
                                                                   Maj Thomas Pfeifer, USAF
                                                                   Christopher M. Judge-Hilborn, Esq.
                                                                   Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  January 28, 2022

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62963, 63075, Appeals of Tactical Network Corporation, rendered in conformance with the Board's Charter.

Dated:  January 28, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals